O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 08-01916-SGL(FFMx)                                              Date:  January 7, 2009

Title:   AURORA LOAN SERVICES, LLC. -v- TIMOTHY GATES
==================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

     Jim Holmes                                                         None Present
     Courtroom Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                        None present

PROCEEDINGS:      ORDER SUMMARILY REMANDING MATTER TO STATE COURT

     Presently before the Court is defendant's December 24, 2008, petition for removal of an unlawful detainer action filed in Riverside County Superior Court.  Nowhere in the petition does defendant identify upon what basis this Court has subject matter jurisdiction over the matter (be it because of the diversity of citizenship of the parties or the presence of a federal question in the <u>plaintiff's</u> unlawful detainer complaint) and from the Court's review of the papers submitted none appears.  Accordingly, the Court hereby summarily **REMANDS** the matter to the Riverside County Superior Court.

     IT IS SO ORDERED.